UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | PO-17-5074-GF-JTJ |
|---|---|
| Plaintiff, | Ticket Number: 6563415 |
| | Location Code: M13 |
| vs. | Disposition Code: PE |
| VANESSA ICKES, | JUDGMENT IN A CRIMINAL CASE |
| Defendant. | |

The Defendant, Vanessa Ickes, was present in court and entered a plea of guilty to the charge of POSSESSION OF DRUG PARAPHERNAL.

The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

    1. Defendant must pay a fine in the amount of $470.00 plus $30.00 Special Assessment for POSSESSION OF DRUG PARAPHERNALIA for a total of $500.00. Defendant must pay by check or money order payable to "U.S. COURTS ─ CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 71363, Philadelphia, PA 19176-1363. Defendant may also pay online at www.cvb.uscourts.gov . The fine shall be paid in monthly payments of $100.00, with the first payment due on or before September 11, 2017.

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement

specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Judge Johnston.  If you appeal, you will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal.  You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court."  Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: August 11, 2017.
DATED this 16th day of August, 2017.

_____
John Johnston
United States Magistrate Judge